# EXHIBIT 7

 

**Hutzler U.S. Patent No. D592,463 Figure 1**                **Cuisinart Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 2**



**Cuisinart Garlic Saver**



**Hutzler U.S. Patent
No. D592,463
Figure 3**



**Cuisinart Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 4**



**Cuisinart Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 5**



**Cuisinart Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 6**



**Cuisinart Garlic Saver**





**Hutzler U.S. Patent No. D592,463 Figure 7**

**Cuisinart Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 8**



**Cuisinart Garlic Saver**