# EXHIBIT 8



**Hutzler U.S. Patent
No. D562,082
Figure 1**



**Cuisinart Tomato Saver**



**Hutzler U.S. Patent
No. D562,082
Figure 2**



**Cuisinart Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 3**



**Cuisinart Tomato Saver**





**Hutzler U.S. Patent
No. D562,082
Figure 4**

**Cuisinart Tomato Saver**



**Hutzler U.S. Patent
No. D562,082
Figure 5**



**Cuisinart Tomato Saver**



**Hutzler U.S. Patent
No. D562,082
Figure 6**



**Cuisinart Tomato Saver**