# EXHIBIT 9



**Hutzler U.S. Patent
No. D538,114
Figure 1**



**Cuisinart Onion Saver**



**Hutzler Onion Saver**



**Cuisinart Onion Saver**



**Hutzler U.S. Patent No. D538,114 Figure 2**



**Cuisinart Onion Saver**



**Hutzler U.S. Patent No. D538,114 Figure 3**



**Cuisinart Onion Saver**